IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **KIMBERLEY DOBSON** | : | |
| and **JAMES DOBSON, Sr.** | : | |
| Debtors | : | No. 24-13965(amc) |

### ENTRY of APPEARANCE and REQUEST for SERVICE of NOTICES

**TO THE CLERK:**

Kindly enter my appearance for Philadelphia Federal Credit Union in the above, and direct all notices intended for my client to me at the address appearing below.

                **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   */S/ William J. Levant, Esquire*
       William J. Levant, Esquire
       **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
       910 Harvest Drive
       Post Office Box 3037
       Blue Bell, PA 19422
       (610)260-6000
       (610)684-2020 – Telecopier
       wlevant@kaplaw.com

Dated: November 11, 2024

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **KIMBERLEY DOBSON** | : | |
| and **JAMES DOBSON, Sr.** | : | |
| Debtors | : | No. 24-13965(amc) |

## CERTIFICATE of SERVICE

      I hereby certify that on November 11, 2024, I caused true and correct copies of the foregoing Entry of Appearance to be sent to each of the persons named below, by First Class U.S. Mail, postage prepaid (except where noted), as follows:

Kimberley Dobson
5757 North 7th Street
Philadelphia, PA 19120

James Dobson, Sr.
5757 North 7th Street
Philadelphia, PA 19120

Michelle Lee, Esquire                       (sent by ECF)

Kenneth E. West, Esquire                (sent by ECF)
Chapter 13 Trustee

Office of the U.S. Trustee                 (sent by ECF)

                            **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

      By:    */S/ William J. Levant, Esquire*
               William J. Levant, Esquire
               **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
               910 Harvest Drive
               Post Office Box 3037
               Blue Bell, PA 19422
               (610)260-6000
               (610)684-2020 – Telecopier
               wlevant@kaplaw.com