United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13965-amc |
| Kimberley Dobson | Chapter 13 |
| James Dobson, Sr. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 05, 2024 | Form ID: 309I | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kimberley Dobson, James Dobson, Sr., 5757 North 7th Street, Philadelphia, PA 19120-2209 |
| tr | + | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106-1554 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bky@dilworthlaw.com | Dec 05 2024 23:58:00 | MICHELLE LEE, Dilworth Paxson, 1500 Market Street, Suite3500E, Philadelphia, PA 19102 |
| smg | | Email/Text: megan.harper@phila.gov | Dec 05 2024 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Dec 06 2024 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 05 2024 23:58:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14942883 | + | Email/Text: bncnotifications@pheaa.org | Dec 05 2024 23:58:00 | Aes/m&taselt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14942884 | + | Email/PDF: bncnotices@becket-lee.com | Dec 05 2024 23:59:55 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 14942885 | + | EDI: CAPITALONE.COM | Dec 06 2024 04:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14942886 | + | EDI: CITICORP | Dec 06 2024 04:53:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14942887 | + | EDI: WFNNB.COM | Dec 06 2024 04:53:00 | Comenity/Carter, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14942888 | + | EDI: WFNNB.COM | Dec 06 2024 04:53:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14948543 | | EDI: DISCOVER | Dec 06 2024 04:53:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14942889 | + | EDI: DISCOVER | Dec 06 2024 04:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14942890 | | EDI: USBANKARS.COM | | |

Case 24-13965-amc   Doc 18   Filed 12/07/24   Entered 12/08/24 00:33:58   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: 309I | Total Noticed: 32 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Dec 06 2024 04:53:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 14942891 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 05 2024 23:58:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14942892 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 05 2024 23:58:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14945629 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 23:59:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14942893 | + | EDI: LENDNGCLUB | Dec 06 2024 04:53:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 14942896 | | Email/Text: ml-ebn@missionlane.com | Dec 05 2024 23:58:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14942897 | | Email/Text: EBN@Mohela.com | Dec 05 2024 23:58:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14942894 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 05 2024 23:59:51 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 14942895 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2024 23:58:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14942898 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 05 2024 23:58:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14943664 | + | EDI: AGFINANCE.COM | Dec 06 2024 04:53:00 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 14942900 | | Email/Text: CollectionsDept@PFCU.COM | Dec 05 2024 23:58:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 West Townsend, Philadelphia, PA 19154 |
| 14942899 | + | Email/PDF: ebnotices@pnmac.com | Dec 05 2024 23:59:37 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14942901 | + | EDI: SYNC | Dec 06 2024 04:53:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14942902 | + | Email/Text: bankruptcysst@alorica.com | Dec 05 2024 23:58:00 | Systems & Services Technologies, Inc., Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14942903 | + | EDI: WTRRNBANK.COM | Dec 06 2024 04:53:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14942904 | | Email/Text: bknotice@upgrade.com | Dec 05 2024 23:58:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14942905 | + | EDI: AGFINANCE.COM | Dec 06 2024 04:53:00 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 05, 2024 | Form ID: 309I | Total Noticed: 32 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2024           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE LEE | on behalf of Debtor Kimberley Dobson bky@dilworthlaw.com |
| MICHELLE LEE | on behalf of Joint Debtor James Dobson  Sr. bky@dilworthlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com |

TOTAL: 6

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Kimberley Dobson<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–3773<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | James Dobson Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–5332<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 13   11/3/24 |
| Case number: | 24–13965–amc | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case     10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kimberley Dobson | James Dobson Sr. |
| 2. | **All other names used in the last 8 years** | aka Kimberley Powell | |
| 3. | **Address** | 5757 North 7th Street<br>Philadelphia, PA 19120 | 5757 North 7th Street<br>Philadelphia, PA 19120 |
| 4. | **Debtor's attorney**<br>Name and address | MICHELLE LEE<br>Dilworth Paxson<br>1500 Market Street<br>Suite 3500E<br>Philadelphia, PA 19102 | Contact phone 267–794–0225<br>Email: bky@dilworthlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br>Contact phone (215)408–2800<br>Date: 12/5/24 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 17, 2025 at 10:45 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>Time is approximate. Due to the nature of these meetings, some may run longer than others. Please stay connected until the meeting is called. | Location:<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 362–3661, Enter Meeting ID 224 079 6575, and Passcode 6266025562**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/18/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/12/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/2/25** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $580.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/4/25** at **10:00 AM** , Location: **HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |