IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KIMBERLY DOBSON AKA<br>KIMBERLY POWELL<br>JAMES DOBSON, SR.<br>   Debtor,<br><br>MEDALLION BANK<br>   Movant,<br><br>  v.<br><br>KIMBERLY DOBSON, and<br>JAMES DOBSON, SR. and<br>KENNETH E. WEST, Trustee,<br>   Respondents. | Bankruptcy No. 24-13965-amc<br><br>Chapter 13 |

CERTIFICATE OF SERVICE

  I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on January 21, 2025, I served copies of Movant Medallion Bank's Objection to Confirmation to the Debtor's Chapter 13 Plan filed November 20, 2024 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| **Kimberley Dobson**<br>**James Dobson, Sr.**<br>5757 North 7th Street<br>Philadelphia, PA 19120 | **MICHELLE LEE**<br>Dilworth Paxson<br>1500 Market Street<br>Suite3500E<br>Philadelphia, PA 19102 |

Service via Electronic Notification:

| | |
|---|---|
| KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

            By: /s/*Keri P. Ebeck*
            Keri P. Ebeck, Esq.
            PA I.D. # 91298
            kebeck@bernsteinlaw.com
            601 Grant Street, 9th Floor
            Pittsburgh, PA 15219
            Phone - (412) 456-8112
            Fax - (412) 456-8135

            *Counsel for Medallion Bank*