## LOCAL BANKRUPTCY FORM 3007-1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **KIMBERLEY DOBSON**             Chapter 13

Debtor            Bankruptcy No. **24-13965**

\*   \*   \*   \*   \*   \*   \*

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Michelle Lee, has filed an objection to the proof of claim you fled in this bankruptcy case.**

**<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Ashley M. Chan on 7/22/2025 at 11:00 AM, TELEPHONIC HEARING -1-646-828-7666 (telephone number) 160 6807 8081 (meeting ID).  No participant ID is necessary. If you or your attorney do not attend the hearing on 7/22/2025 the objection, the court may decide that you do not oppose the objection to your claim.

Date:  July 10, 2025  ................................. /s/Michelle Lee
                                                                 Michelle Lee, Esq.
                                                                 Dilworth Paxson LLP
                                                                 1650 Market Street, Suite 1200
                                                                 Philadelphia, PA 19103