THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: KIMBERLEY DOBSON : CHAPTER 13
:
DEBTOR. : CASE NO: 24-13965

**O R D E R**

AND NOW, this 4th day of Sept. 2025, upon consideration of the Debtor's Objection to Proof of Claim No. 22, and after notice and hearing, that the Objection to Proof of Claim shall be sustained and Cavalry SPV I, LLC assignee of Chase Bank USA, N.A. (WAMU)'s claim is hereby disallowed in its entirety.

_____
**Honorable Chief Judge Ashely M. Chan**