L.B.F. 9014-4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Kimberely and James Dobson | : Chapter 13 |
| | : |
| Debtor(s) | : Bky. No. 24-13965 |

\* \* \* \* \* \* \*

**CERTIFICATION OF SERVICE**

    I, Michelle Lee, certify that on December 15, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Chapter 13 Plan Certificate of Service

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 12/15/2025

/s/ Michelle Lee
DILWORTH PAXSON LLP
Michelle Lee, Esq.
1650 Market Street, Suite 1200
Philadelphia, PA 19103

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary).

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kenneth West | Chapter 13 Trustee | Hand-delivered |
| | | Regular mail |
| | | Certified mail/RR |
| | | E-mail |
| | | X CM/ECF |
| | | Other |
| | | |
| **Kimberley and James Dobson** 5757 North 7th Street Philadelphia, PA 19120 | Debtors | Hand-delivered |
| | | x Regular mail |
| | | Certified mail/RR |
| | | E-mail |
| | | CM/ECF |
| | | Other |
| | | |
| **United States Trustee** Office of United States Trustee Robert N.C. Nix Federal Building 900 Market Street Suite 320 Philadelphia, PA 19107 | U.S. Trustee | Hand-delivered |
| | | X Regular mail |
| | | Certified mail/RR |
| | | E-mail |
| | | CM/ECF |
| | | Other |
| | | |
| Creditors Matrix | Creditors | Hand-delivered |
| | | X Regular mail |
| | | Certified mail/RR |
| | | E-mail |
| | | CM/ECF |
| | | Other |
| | | |
| | | Hand-delivered |
| | | Regular mail |
| | | Certified mail/RR |
| | | E-mail |
| | | CM/ECF |
| | | Other |
| | | |

# Creditors

**Aes/m&taselt**
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**American Express Travel Related Services**
Attn: Bankruptcy
Po Box 981537
El Paso, TX 79998

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Capital One, N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Cavalry SPV I, LLC**
PO Box 4252
Greenwich, CT 06831

**Citibank**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

**Comenity/Carter**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**ComenityCapital/Boscov**
Attn: Bankruptcy Dept

Po Box 182125
Columbus, OH 43218

**Discover Bank**
PO Box 3025
New Albany, OH 43054-3025

**Discover Financial**
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

**Elan Financial Service**
Cb Disputes
Saint Louis, MO 63166

**First National Bank of Omaha c/o BQ & Associates**
14211 Arbor Street
Suite 100
Omaha, NE 68144

**Fnb Omaha**
Attn: Bankruptcy
P.O. Box 3128
Omaha, NE 68103

**Jefferson Capital Systems LLC**
Po Box 7999
Saint Cloud MN 56302-9617

**Kohl's**
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

**Lending Club**
Attn: Bankruptcy
595 Market St
San Francisco, CA 94105

**LendingClub Bank, NA**
P.O. BOX 884268
Los Angeles, CA 90088

**LVNV Funding LLC**
PO Box 10587
Greenville, SC 29603

**LVNV Funding, LLC**
Resurgent Capital Services

PO Box 10587
Greenville, SC 29603-0587

**Medallion Bank**
c/o Systems & Services Technologies,Inc.
PO Box 9013
Addison, Texas 75001

**Merrick Bank/Card Works**
Attn: Bankruptcy
P.O. Box 5000
Draper, UT 84020

**Midland Credit Management, Inc.**
PO Box 2037
Warren, MI 48090

**Midland Credit Mgmt**
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

**Mission Lane LLC**
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

**Mohela/dept Of Ed**
633 Spirit Drive
Chesterfield, MO 63005

**Nelnet**
Attn: Claims
Po Box 82505
Lincoln, NE 68501

**OneMain Financial Group, LLC**
PO Box 981037
Boston, MA 02298

**PENNYMAC LOAN SERVICES, LLC**
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106

**PennyMac Loan Services, LLC**
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA 90051

**PennyMac Loan Services, LLC.**
P.O. Box 2410
Moorpark, CA 93020

**Pennymac Loan Services,LLC**
c/o Denise Carlon,Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

**Philadelphia Federal Credit Union**
Attn: Bankruptcy
12800 West Townsend
Philadelphia, PA 19154

**Philadelphia Federal Credit Union**
c/o William J. Levant, Esquire
Kaplin,Stewart,Meloff, Reiter & Stein, P
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk, VA 23541

**Quantum3 Group LLC as agent for**
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

**Resurgent Receivables, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Resurgent Receivables, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Synchrony Bank**
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Synchrony Bank/Lowes**
Attn: Bankruptcy

Po Box 965060
Orlando, FL 32896

**Systems & Services Technologies, Inc.**
Attn: Bankruptcy
4315 Pickett Road
Saint Joseph, MO 64503

**Target NB**
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

**TD Bank USA, N.A.**
C/O Weinstein & Riley, P.S.
1415 WESTERN AVE, SUITE 700
SEATTLE, WA 98101

**U.S. Bank NA dba Elan Financial Services**
Bankruptcy Department
PO Box 108
Saint Louis, MO 63166-0108

**U.S. Department of Education c/o Nelnet**
121 S 13TH ST
LINCOLN, NE 68508

**Upgrade, Inc.**
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111

**US Department of Education/MOHELA**
633 Spirit Dr.
Chesterfield, MO 63005

**WebBank/OneMain**
Attn: Bankruptcy
215 South State Street, Suite 1000
Salt Lake City, UT 84111

**KERI P EBECK**
Bernstein-Burkley, P.C.
601 Grant Street
9th Floor
Pittsburgh, PA 15219

**PRA Receivables Management LLC**
POB 41067
Norfolk, VA 23541

**MATTHEW K. FISSEL**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**WILLIAM J LEVANT**
Kaplin Stewart
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422

**KERI P EBECK**
Bernstein-Burkley, P.C.
601 Grant Street
9th Floor
Pittsburgh, PA 15219