IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>KIMBERLEY DOBSON<br>*AKA* KIMBERLEY POWELL<br>    Debtor,<br><br>*AKA* KIMBERLEY POWELL<br>    Movant,<br><br>        v.<br><br>MEDALLION BANK<br>    Respondent | Bankruptcy No. 24-13965-amc<br><br>Chapter 13 |

### RESPONSE TO DEBTOR'S MOTION TO RECLASSIFY CLAIM(S) OF MEDALLION BANK AND NO. 17

AND NOW, comes Medallion Bank (the "Respondent"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this Response to Debtor's Motion to Reclassify Claim(s) of Medallion Bank and No. 17 (the "Response"), representing as follows:

1. Paragraph 1 is admitted.

2. Paragraph 2 is admitted.

3. Paragraph is admitted in that the document speaks for itself.

4. Paragraph 4 is admitted as the document speaks for itself.

5. Paragraph 5 states a legal conclusion to which no response is required. To the extent a response is deemed necessary, said averment is denied and strict proof thereof is demanded.

6. Paragraph 6 states a legal conclusion to which no response is required. To the extent a response is deemed necessary, said averment is denied and strict proof thereof is demanded.

7. Paragraph 7 states a legal conclusion to which no response is required. To the extent a response is deemed necessary, said averment is denied and strict proof thereof is demanded.

WHEREFORE, the Respondent respectfully requests that this Honorable Court deny the Debtor's Motion to Reclassify Claim(s) of Medallion Bank and No. 17.

1

        Respectfully submitted,

        BERNSTEIN-BURKLEY, P.C.
        By: */s/ Keri P Ebeck*
        Keri P. Ebeck, Esq.
        PA I.D.: 91298
        kebeck@bernsteinlaw.com
        601 Grant Street, 9th Floor
        Pittsburgh, PA 15219
        Phone: (412)456-8112
        Fax:    (412)456-8135

        *Counsel for Respondent*

Dated:  January 12, 2026

IN THE UNITED STATES BANKRUPTCY COURT