pan class="">

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>KIMBERLEY DOBSON<br>*AKA* KIMBERLEY POWELL<br>    Debtor,<br><br>KIMBERLEY DOBSON<br>*AKA* KIMBERLEY POWELL<br>    Movant,<br><br><br>        v.<br><br><br>MEDALLION BANK<br>    Respondent | Bankruptcy No. 24-13965-amc<br><br><br>Chapter 13 |

CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on January 12, 2026, I served copies of the Response to Debtor's Motion to Reclassify Claim(s) of Medallion Bank and No. 17 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

Service Via 1st Class Mail

| | |
|---|---|
| **Kimberley Dobson**<br>**James Dobson, Sr.**<br>5757 North 7th Street<br>Philadelphia, PA 19120 | **MICHELLE LEE**<br>Dilworth Paxson LLP<br>1650 Market Street<br>Suite 1200<br>Philadelphia, PA 19103 |

Service Via Electronic Notification

| | |
|---|---|
| **KENNETH E. WEST**<br>**Office of the Chapter 13 Standing Trustee**<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

BERNSTEIN-BURKLEY, P.C.
By: */s/ Keri P Ebeck*
Keri P. Ebeck, Esq.
PA I.D.: 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone: (412)456-8112
Fax:   (412)456-8135

3