**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Kimberley and James Dobson** | : | **Chapter 13** |
| | : | |
| **Debtor(s).** | : | **Bankruptcy No. 24-13965** |

## ORDER

AND NOW, upon consideration of Debtors' Motion to Reclassify POC 17 from Secured to Unsecured, and any Response in Opposition thereto, it is hereby ordered that Proof of Claim 17 is hereby reclassified from secured to unsecured. Medallion Bank's UCC lien, Docket ID 54323490 recorded against 5757 N. 7th Street, Philadelphia PA 19120 in the Philadelphia Recorder of Deeds is not perfected, and thus void.

It is further ordered that Medallion Bank shall file appropriate paperwork to withdraw the UCC lien secured against 5757 N. 7th Street, Philadelphia PA 19120 within 45 days of the entry of this order.

Date:  April 2, 2026

_____

Honorable Chief Judge Chan