United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13965-amc |
| Kimberley Dobson | Chapter 13 |
| James Dobson, Sr. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 02, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb |   +  Kimberley Dobson, James Dobson, Sr., 5757 North 7th Street, Philadelphia, PA 19120-2209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Medallion Bank kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE LEE | on behalf of Debtor Kimberley Dobson bky@dilworthlaw.com  ksheronas@dilworthlaw.com |
| MICHELLE LEE | on behalf of Joint Debtor James Dobson  Sr. bky@dilworthlaw.com, ksheronas@dilworthlaw.com |
| United States Trustee | |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 02, 2026                       Form ID: pdf900                                Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT

on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Kimberley and James Dobson     :     **Chapter 13**

                                   :

Debtor(s).                          :     **Bankruptcy No. 24-13965**

### ORDER

AND NOW, upon consideration of Debtors' Motion to Reclassify POC 17 from Secured to Unsecured, and any Response in Opposition thereto, it is hereby ordered that Proof of Claim 17 is hereby reclassified from secured to unsecured. Medallion Bank's UCC lien, Docket ID 54323490 recorded against 5757 N. 7th Street, Philadelphia PA 19120 in the Philadelphia Recorder of Deeds is not perfected, and thus void.

It is further ordered that Medallion Bank shall file appropriate paperwork to withdraw the UCC lien secured against 5757 N. 7th Street, Philadelphia PA 19120 within 45 days of the entry of this order.

Date: April 2, 2026

_____

Honorable Chief Judge Chan