**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
Kimberley Dobson and
James Dobson : BANKRUPTCY NO. 24-13965 AMC
AMC Debtor (s)

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan 9/29/2026 at 10:00 AM before Honorable Chief Judge, Ashely M. Chan.

Respectfully submitted,

Date: August 19, 2026

/s/Jack K. Miller, Esquire for
Kenneth E. West
Chapter 13 Standing Trustee
190 N. Independence Mall
Suite 701
Philadelphia PA. 19106