***Form 152*** (1/25)−doc 54

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Kimberley Dobson | ) | Case No. 24−13965−amc |
| aka Kimberley Powell | ) | |
| | ) | |
| James Dobson Sr. | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan on 9/29/26 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: September 9, 2026

For The Court

Mohung Wong
Clerk of Court