United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 24-13965-amc
Kimberley Dobson Chapter 13
James Dobson, Sr.
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Sep 09, 2026 Form ID: 152 Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | James Dobson, Sr., 5757 North 7th Street, Philadelphia, PA 19120-2209 |
| 14945128 | + | Pennymac Loan Services,LLC, c/o Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14945129 | + | Philadelphia Federal Credit Union, c/o William J. Levant, Esquire, Kaplin,Stewart,Meloff, Reiter & Stein, P, 910 Harvest Drive, Post Office Box 3037 Blue Bell, PA 19422-0765 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 10 2026 02:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 10 2026 02:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14942883 | + | Email/Text: bncnotifications@pheaa.org | Sep 10 2026 02:29:00 | Aes/m&taselt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14963409 | | Email/PDF: bncnotices@becket-lee.com | Sep 10 2026 02:30:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14942884 | + | Email/PDF: bncnotices@becket-lee.com | Sep 10 2026 02:30:29 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 14942885 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2026 02:30:26 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14957639 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 10 2026 02:30:24 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14966199 | + | Email/Text: bankruptcy@cavps.com | Sep 10 2026 02:29:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14942886 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2026 02:30:29 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14942887 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 10 2026 02:29:00 | Comenity/Carter, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14942888 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 10 2026 02:29:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14948543 | | Email/Text: mrdiscen@discover.com | Sep 10 2026 02:29:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14942889 | + | Email/Text: mrdiscen@discover.com | Sep 10 2026 02:29:00 | Discover Financial, Attn: Bankruptcy, Po Box |

| | | | | |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14942890 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 10 2026 02:29:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 14942891 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 10 2026 02:29:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14967105 | ^ | MEBN | Sep 10 2026 02:25:51 | First National Bank of Omaha c/o BQ & Associates, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 14965761 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 10 2026 02:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14942892 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2026 02:30:26 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15030943 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2026 02:30:27 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14945629 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2026 02:30:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14942893 | + | Email/Text: Documentfiling@lciinc.com | Sep 10 2026 02:29:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-5839 |
| 14966426 | + | Email/Text: Documentfiling@lciinc.com | Sep 10 2026 02:29:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14942896 | | Email/Text: ml-ebn@missionlane.com | Sep 10 2026 02:29:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14942897 | | Email/Text: EBN@Mohela.com | Sep 10 2026 02:29:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14963562 | | Email/Text: EBN@Mohela.com | Sep 10 2026 02:29:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 14965929 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | Sep 10 2026 02:29:00 | Medallion Bank, c/o Systems & Services Technologies,Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14942894 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 10 2026 02:30:24 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 14966196 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 10 2026 02:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14942895 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 10 2026 02:29:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14942898 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 10 2026 02:29:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14943664 | + | Email/PDF: cbp@omf.com | Sep 10 2026 02:30:23 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 14944659 | ^ | MEBN | Sep 10 2026 02:25:32 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14942900 | | Email/Text: CollectionsDept@PFCU.COM | Sep 10 2026 02:29:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 West Townsend, Philadelphia, PA 19154 |
| 14979907 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2026 02:30:26 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14942899 | + | Email/PDF: ebnotices@pnmac.com | Sep 10 2026 02:30:27 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14959338 | + | Email/PDF: ebnotices@pnmac.com | Sep 10 2026 02:30:29 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |

| | | | | |
|---|---|---|---|---|
| 14964946 | | Email/Text: bnc-quantum@quantum3group.com | Sep 10 2026 02:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14965942 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2026 02:30:24 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14966813 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 10 2026 02:30:24 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14942901 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 02:30:29 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14942902 | + | Email/Text: bankruptcysst@alorica.com | Sep 10 2026 02:29:00 | Systems & Services Technologies, Inc., Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14964643 | | Email/Text: bncmail@w-legal.com | Sep 10 2026 02:29:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14942903 | + | Email/Text: bncmail@w-legal.com | Sep 10 2026 02:29:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14964628 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 10 2026 02:29:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14961142 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 10 2026 02:29:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, LINCOLN, NE 68508-1911 |
| 14942904 | | Email/Text: bknotice@upgrade.com | Sep 10 2026 02:29:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14942905 | + | Email/PDF: cbp@omf.com | Sep 10 2026 02:30:23 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14967181 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14965943 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Medallion Bank kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE LEE | on behalf of Joint Debtor James Dobson Sr. bky@dilworthlaw.com, ksheronas@dilworthlaw.com |
| MICHELLE LEE | on behalf of Debtor Kimberley Dobson bky@dilworthlaw.com ksheronas@dilworthlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com wlevant@gmail.com |

TOTAL: 8

*Form 152* (1/25)−doc 54

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Kimberley Dobson<br>aka Kimberley Powell<br><br>James Dobson Sr.<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 24−13965−amc<br><br><br>Chapter: 13 |

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan on 9/29/26 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: September 9, 2026

For The Court

Mohung Wong
Clerk of Court